UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAKAR M. LEONARD,

    Plaintiff,

vs.

THE MOMENTUM GROUP, INC., et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:14-cv-1074-LMM

## J U D G M E N T

This action having come before the Court, Honorable Leigh Martin May, United States District Judge, for consideration of Defendants American Suzuki Financial Services Company LLC and The Momentum Group, Inc.'s Motions for Summary Judgment, and the Court having granted said motions as to Plaintiff's federal law claims, it is

**Ordered and Adjudged** that the plaintiff take nothing; that these defendants recover their costs of this action.  The Court **REMANDS** (1) Plaintiff's state law claims, (2) Momentum's claims against BMW and Manheim, (3) Momentum's Motion for Summary Judgment against BMW, (4) BMW's Motion for Summary Judgment against Momentum, and (5) Plaintiff's Motion to Strike to the Superior Court of DeKalb County, Georgia for further proceedings.

Dated at Atlanta, Georgia, this 16th day of December, 2015.

JAMES N. HATTEN
CLERK OF COURT

By: *s/Denise D.M. McGoldrick*
    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  December 16, 2015
James N. Hatten
Clerk of Court

By: *s/Denise D.M. McGoldrick*
    Deputy Clerk